**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-1351

MADELIENE Y. JEFFREYS,

Plaintiff - Appellant,

versus

NORTH CAROLINA DISABILITY DETERMINATION SER-
VICE; JUDY GARDNER, in her capacity as DDS 22
108,

Defendants - Appellees.

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Winston-Salem.  Frank W. Bullock, Jr.,
Chief District Judge.  (CA-96-656-6)

Submitted:  July 10, 1997          Decided:  July 22, 1997

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Madeliene Y. Jeffreys, Appellant Pro Se.  Belinda Anne Smith, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing her civil action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Jeffreys v. North Carolina Disability Determination Serv.</u>, No. CA-96-656-6 (M.D.N.C. Feb. 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2